*1053 ante, p. 918;
537 U. S. 1194;
ante, p. 924;
ante, p. 924;
ante, p. 926;
ante, p. 947;
537 U. S. 1057;
537 U. S. 1126;
ante, p. 947;
ante, p. 912;
ante, p. 913;
ante, p. 913;
ante, p. 928;
ante, p. 929;
ante, p. 929;
*1054 No. 02-8572.
No. 02-8592.
No. 02-8607.
No. 02-8641.
No. 02-8668.
No. 02-8734.
No. 02-8860.
No. 02-8890.
No. 02-8912.
No. 02-9021.
ante, p. 930;
ante, p. 930;
ante, p. 930;
ante, p. 913;
ante, p. 932;
ante, p. 949;
ante, p. 933;
ante, p. 964;
ante, p. 934; and
ante, p. 944. Petitions for rehearing denied.